

**ORDERED in the Southern District of Florida on July 15, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re:*

NEGRONI DORAL LLC,

      Debtor.              /

Case No.: 26-18745-RAM

Chapter 11
Subchapter V

**ORDER EXTENDING DEADLINE TO FILE**
**SCHEDULES & STATEMENT OF FINANCIAL AFFAIRS**

THIS MATTER came before the Court upon the *Debtor's Motion to Extend Time to File Schedules and Statement of Financial Affairs* [Dkt. No. 32] (the "Motion"),[1] pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure and Rule 1007-1(a), 9013-2(b) and 9013-2(c) of the Local Rules for the Southern District of Florida. The Motion seeks the entry of an Order extending the Debtor's deadline to file the Schedules and SOFA. The Court, having considered the Motion and finding good cause therefor, does **ORDER** as follows:

---

[1] Any and all capitalized terms not expressly defined herein, shall bear the meaning ascribed to them in the Motion.

1.      The Motion is **GRANTED**.

2.      The deadline to file the Schedules and SOFA is extended through and including **July 23, 2026**.

3.      No further extensions will be granted absent extraordinary circumstances.

# # #

**SUBMITTED BY:**
Jacqueline Calderín
Florida Bar No: 134414
jc@agentislaw.com
AGENTIS PLLC
*Proposed Counsel for Debtor In Possession*
45 Almeria Avenue
Coral Gables, Florida 33134

Jacqueline Calderin is directed to serve a copy of this Order on all appropriate parties and file a certificate of service thereof.